**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

*BANKRUPTCY RULE 3011*

List of Unclaimed Funds, Claimants and Amounts

**IN THE MATTER OF:**                                    **CHAPTER 13:**

**JIMMIE THOMAS**                                       **CASE NO.  12-03747 NPO**

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| **JIMMIE THOMAS** | P.O.BOX 18073 NATCHEZ, MS 39122 | $3825.65 |
|  |  |  |
|  |  |  |

DATED: December 15, 2016

Respectfully Submitted,

/s/ James L. Henley, Jr.
James L. Henley, Jr., MSB # 9909
CHAPTER 13 TRUSTEE
P. O. Box 31980
Jackson, MS  39286
Ofc: (601) 981-9100
Fax: (601) 981-9888
jlhenley@jlhenleych13.net

CC:   L JACKSON LAZARUS
        P.O.BOX 1286
        NATCHEZ, MS 39121