Notice of Returned Mail to Debtor/Debtor's Attorney

February 21, 2017

From: United States Bankruptcy Court, Southern District of Mississippi

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: JIMMIE THOMAS, Case Number 12-03747, NPO

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

        **U.S. Bankruptcy Court**
    **501 East Court Street, Suite 2.300**
           **P.O. Box 2448**
      **Jackson, MS 39225-2448**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

JIMMIE THOMAS
204 Creek Street
Natchez, MS 39120-3852

THE UPDATED ADDRESS IS:

*Mr Thomas is deceased*
*204 Creek Street is abandoned*

_____   Feb 22, 2017
Signature of Debtor or Debtor's Attorney   Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.